IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN D. QUEEN,   No. CIV S-07-2779-LKK-CMK-P

    Petitioner,

  vs.   ORDER

DARREL ADAMS, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On January 24, 2008, petitioner filed a document purporting to be objections to findings and recommendations issued in CIV-S-07-0862-GEB-CMK and also seeking appointment of counsel.[1]  Because no findings and recommendations have been issued in this case, the court addresses the request for appointment of counsel only.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

---

[1] The court has directed the Clerk of the Court to file a copy of the document in this other case.

1

any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Also pending before the court is respondents' motion for an extension of time to respond to the petition. Good cause appearing therefore, the request is granted. Respondents shall file a response by March 5, 2008.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (Doc. 6) is denied without prejudice;

2. Respondents' motion for an extension of time (Doc. 7) is granted; and

3. Respondents shall file a response to the petition by March 5, 2008.

DATED: January 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE