IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN D. QUEEN, | No. CIV S-07-2779-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DARREL ADAMS, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's amended petition for a writ of habeas corpus (Doc. 12), filed on May 14, 2008.[1]

/ / /

/ / /

---

[1] On April 21, 2008, the court issued findings and recommendations that respondents' motion to dismiss for failure to exhaust state court remedies as to two of the four claims presented in the original petition be granted.  The court also recommended that petitioner be provided an opportunity to either file an amended petition deleting unexhausted claims or accept dismissal of the entire action without prejudice to re-filing a fully exhausted petition at a later date.  The findings and recommendations were adopted by the district judge on June 18, 2008.  Before the district judge issued his order, however, petitioner voluntarily filed an amended petition deleting the unexhausted claims.

1 |         The court has examined the amended petition as required by Rule 4 of the Federal
2 | Rules Governing Section 2254 Cases.  It does not plainly appear from the petition and any
3 | attached exhibits that petitioner is not entitled to relief.  See id.  Respondents, therefore, will be
4 | directed to file an answer to petitioner's amended petition.  See id.  The answer must comply
5 | with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an answer shall be
6 | accompanied by any and all transcripts or other documents relevant to the determination of the
7 | issue(s) presented in the petition.  See id.
8 |         Accordingly, IT IS HEREBY ORDERED that:
9 |         1.    Respondents are directed to file an answer to petitioner's amended petition
10 | within 60 days from the date of service of this order; and
11 |         2.    Petitioner's traverse or reply, if any, shall be filed and served within 30
12 | days of service of respondents' answer.

DATED: June 25, 2008

                                                      /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE